## BILLIE ANDERSON v. STATE.

No. A-1795.   Opinion Filed October 7, 1913.

Appeal from County Court, Jefferson County;
B. T. Price, Judge.

Billie Anderson was convicted of a violation of the prohibition law, and appeals.   Affirmed.

Hamilton & Bridges, for plaintiff in error.

Charles West, Atty. Gen., and Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM.   Plaintiff in error was convicted in the county court of Jefferson county on a charge that he did unlawfully have in his possession intoxicating liquors, to wit, whisky and beer, with the unlawful intent and purpose to sell the same, and was sentenced to pay a fine of fifty dollars, and be confined in the county jail for a period of thirty days.   Upon a careful examination of the record we find no error sufficient to justify a reversal.   The judgment of the trial court is therefore affirmed.